RED STONE REALTY, INC. *v.* ELIZABETH
H. KNELL ET AL.

[No. 3, September Term, 1977.]

*Decided September 13, 1977.*

The cause was argued before MURPHY, C. J., and SMITH, DIGGES, LEVINE, ELDRIDGE and ORTH, JJ.

*Michael S. Rubenstein,* with whom were *Russell Jay Bennett* and *Bennett & Rubenstein* on the brief, for appellant.

*Cyril R. Murphy, Jr.,* for appellees.

## O R D E R

The petititon for writ of certiorari having been granted and heard, it is this 13th day of September, 1977

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed, petition having been improvidently granted; appellant to pay all costs.

/s/  Robert C. Murphy
Chief Judge